# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ASTRID RODRIGUEZ HERNANDEZ

### DEFENDANTS
ALAMI NEW GENERATION LLC, LIFTED SMOKE SHOP LLC, LIFTED DISTRIBUTION LLC, ET AL

**(b)** County of Residence of First Listed Plaintiff: Orange
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Orange
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
N. Ryan LaBar, LaBar & Adams, P.A., 2300 E. Concord St., Orlando, FL 32803; (407) 835-8968

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[x] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
*(For Diversity Cases Only)*

## IV. NATURE OF SUIT
[x] 710 Fair Labor Standards Act

## V. ORIGIN
[x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 29 U.S.C. Sections 201, et. seq.
Brief description of cause: Unpaid wages under Fair Labor Standards Act

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [x] Yes

## VIII. RELATED CASE(S) IF ANY

DATE: May 12, 2023
SIGNATURE OF ATTORNEY OF RECORD: /s/ N. Ryan LaBar, Esq.