UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ASTRID RODRIGUEZ HERNANDEZ,

      Plaintiff,

CASE NO. 6:23-CV-00897-WWB-DCI

v.

ALAMI NEW GENERATION LLC,
LIFTED SMOKE SHOP LLC,
LIFTED DISTRIBUTION LLC,
LIFTED 5 LLC, LIFTED UCF 2 LLC,
ORLANDO SMOKE SHOP 7 LLC,
ORLANDO SMOKE SHOP 8 LLC,
ORLANDO SMOKE SHOP 9 LLC,
MOHAMED ALAMI AND ACHRAF
ALAMI,

      Defendants.

---

## NOTICE OF SETTLEMENT

Plaintiff, ASTRID RODRIGUEZ HERNANDEZ, and the Defendants ALAMI NEW GENERATION LLC, LIFTED SMOKE SHOP LLC, LIFTED DISTRIBUTION LLC, LIFTED 5 LLC, LIFTED UCF 2 LLC, ORLANDO SMOKE SHOP 7 LLC, ORLANDO SMOKE SHOP 8 LLC, ORLANDO SMOKE SHOP 9 LLC, MOHAMED ALAMI, AND ACHRAF ALAMI, (collectively referred to as the "Parties") by and through their undersigned counsel, hereby provide notice that the Parties have reached an agreement to resolve the instant lawsuit. The Parties are in the process of preparing and executing the necessary

paperwork in order to effectuate their resolution and will file a Joint Motion for Approval or otherwise move for dismissal at the appropriate time.

RESPECTFULLY SUBMITTED THIS 2ND DAY OF AUGUST, 2023

By: /s/ *N. Ryan LaBar*
N. Ryan LaBar
Florida Bar No. 010535
E: rlabar@labaradams.com
LaBar & Adams, PA.
2300 E. Concord St
Orlando, Florida  32803
(407)835-8968  Telephone
(407)835-8969  Facsimile

Attorney for Plaintiff

By: /s/ Bret C. Yaw
Aaron L. Zandy
E: azandy@fordharrison.com
Bret C. Yaw
Florida Bar No. 0100445
E: byaw@fordharrison.com
FORD & HARRISON LLP
300 S. Orange Ave., Suite 1300
Orlando, Florida  32801
(407) 418-2300  Telephone
(407) 418-2327  Facsimile

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 2nd, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Bret C. Yaw*
Bret C. Yaw

WSACTIVELLP:112604807.1